UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA GRANDE,<br><br>              Plaintiff,<br><br>      v.<br><br>CAROLYN COLVIN,<br><br>              Defendant. | Case No. 5:14-cv-05181-PSG<br><br>**JUDGMENT** |

The court has granted Plaintiff Lucia Grande's motion for summary judgment.[1]  The Clerk shall close the file.

**SO ORDERED.**

Dated: November 24, 2015

                                            _____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 21.